**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

Re:

**DARRYL LANE TIBBLES
MICHELLE ROBIN TIBBLES**
      Debtor(s)

In Chapter 13 Proceeding
No. 22-41341-MJH

**ORDER AVOIDING
JUDGMENT LIEN(S)
OF KEN HUDSON and
FAIRWAY COLLECTIONS, LLC**

---

This matter, having come before this court on the Motion of the Debtor(s) for an Order to avoid the judicial lien(s) of **KEN HUDSON and FAIRWAY COLLECTIONS, LLC** and parties in interest having received sufficient notice; the Court having reviewed the records and files herein and considering itself fully advised on the premises, now, therefore, it is HEREBY ORDERED

1. That the judicial lien of **KEN HUDSON** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **19C002078** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

BROWN AND SEELYE
PO BOX 951090
South Jordan, UT 84095
888-873-1958

2. That the judicial lien of **FAIRWAY COLLECTIONS, LLC** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **16c000939** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property

3. That, in the event of Debtor(s) bankruptcy case is dismissed this Order avoiding the Judicial liens shall no longer apply.

/// end of order ///

Presented by:

:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

Re:

**DARRYL LANE TIBBLES
MICHELLE ROBIN TIBBLES**
        **Debtor(s)**

In Chapter 13 Proceeding
No. 22-41341-MJH

**ORDER AVOIDING
JUDGMENT LIEN(S)
OF KEN HUDSON and
FAIRWAY COLLECTIONS, LLC**

_____

This matter, having come before this court on the Motion of the Debtor(s) for an Order to avoid the judicial lien(s) of **KEN HUDSON and FAIRWAY COLLECTIONS, LLC** and parties in interest having received sufficient notice; the Court having reviewed the records and files herein and considering itself fully advised on the premises, now, therefore, it is HEREBY ORDERED

1. That the judicial lien of **KEN HUDSON** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **19C002078** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

BROWN AND SEELYE
PO BOX 951090
South Jordan, UT 84095
888-873-1958

2. That the judicial lien of **FAIRWAY COLLECTIONS, LLC** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **16c000939** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property

3. That, in the event of Debtor(s) bankruptcy case is dismissed this Order avoiding the Judicial liens shall no longer apply.

/// end of order ///

Presented by:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re:

**DARRYL LANE TIBBLES**
**MICHELLE ROBIN TIBBLES**
      Debtor(s)

In Chapter 13 Proceeding
No. 22-41341-MJH

**ORDER AVOIDING**
**JUDGMENT LIEN(S)**
**OF KEN HUDSON and**
**FAIRWAY COLLECTIONS, LLC**

_____

This matter, having come before this court on the Motion of the Debtor(s) for an Order to avoid the judicial lien(s) of **KEN HUDSON and FAIRWAY COLLECTIONS, LLC** and parties in interest having received sufficient notice; the Court having reviewed the records and files herein and considering itself fully advised on the premises, now, therefore, it is HEREBY ORDERED

1. That the judicial lien of **KEN HUDSON** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **19C002078** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

BROWN AND SEELYE
PO BOX 951090
South Jordan, UT 84095
888-873-1958

2. That the judicial lien of **FAIRWAY COLLECTIONS, LLC** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **16c000939** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property

3. That, in the event of Debtor(s) bankruptcy case is dismissed this Order avoiding the Judicial liens shall no longer apply.

/// end of order ///

Presented by:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)

:

BROWN AND SEELYE
PO BOX 951090
South Jordan, UT 84095
888-873-1958

<table>
<tr><td></td><td></td></tr>
</table>

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON** |
| 8 | |

| | | |
|---|---|---|
| 9 | **Re:** | In Chapter 13 Proceeding |
| 10 | | No. 22-41341-MJH |
| 11 | **DARRYL LANE TIBBLES** **MICHELLE ROBIN TIBBLES** | **ORDER AVOIDING** |
| 12 | Debtor(s) | **JUDGMENT LIEN(S) OF KEN HUDSON and** |
| 13 | | **FAIRWAY COLLECTIONS, LLC** |
| 14 | _____ | |

15  This matter, having come before this court on the Motion of the Debtor(s) for an Order to

16  avoid the judicial lien(s) of **KEN HUDSON and FAIRWAY COLLECTIONS, LLC** and

17  parties in interest having received sufficient notice; the Court having reviewed the records and

18  files herein and considering itself fully advised on the premises, now, therefore, it is HEREBY

19  ORDERED

20  1.  That the judicial lien of **KEN HUDSON** entered in the **Cowlitz County District Court**

21  **of the State of Washington** as Case Number **19C002078** against the Debtor(s) and

22  against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby

23  avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

24

25

BROWN AND SEELYE<br>
PO BOX 951090<br>
South Jordan, UT 84095<br>
888-873-1958

2. That the judicial lien of **FAIRWAY COLLECTIONS, LLC** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **16c000939** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property

3. That, in the event of Debtor(s) bankruptcy case is dismissed this Order avoiding the Judicial liens shall no longer apply.

/// end of order ///

Presented by:

:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)

BROWN AND SEELYE
PO BOX 951090
South Jordan, UT 84095
888-873-1958