Entered on Docket June 5, 2023          **Below is the Order of the Court.**

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

**Re:**

**DARRYL LANE TIBBLES**
**MICHELLE ROBIN TIBBLES**
                Debtor(s)

**In Chapter 13  Proceeding**
**No.  22-41341-MJH**

**ORDER AVOIDING**
**JUDGMENT LIEN(S)**
**OF KEN HUDSON and**
**FAIRWAY COLLECTIONS, LLC**

This matter, having come before this court on the Motion of the Debtor(s) for an Order to avoid the judicial lien(s) of **KEN HUDSON and FAIRWAY COLLECTIONS, LLC** and parties in interest having received sufficient notice; the Court having reviewed the records and files herein and considering itself fully advised on the premises, now, therefore, it is HEREBY ORDERED

1.  That the judicial lien of  **KEN HUDSON** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **19C002078**  against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611**  is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

2. That the judicial lien of **FAIRWAY COLLECTIONS, LLC** entered in the **Cowlitz County District Court of the State of Washington** as Case Number **16c000939** against the Debtor(s) and against the real property located at **2203 Delameter, Castle Rock, WA 98611** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property

3. That, in the event of Debtor(s) bankruptcy case is dismissed this Order avoiding the Judicial liens shall no longer apply.

/// end of order ///

Presented by:

:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)